1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10  RAY RONNIE GOVEA,

11             Petitioner,                    No. CIV S-11-0977 EFB P

12        vs.

13  UNKNOWN,

14             Respondent.              ORDER

15  _____/

16       Petitioner is a state prisoner confined to Folsom State Prison, and proceeds without

17  counsel.  He has filed a document with the court entitled "Notification to the Court of Change of

18  Address, and Extraordinary Circumstances Why I Was Unable to Meet the AEDPA Deadline to

19  File Writ."  Dckt. No. 1.  In this filing, petitioner states that extraordinary circumstances have

20  prevented him from timely filing a petition for writ of habeas corpus to challenge a conviction

21  arising out of Los Angeles County, case number MA033398.  Both this court and the United

22  States District Court in the district where petitioner was convicted would have jurisdiction over

23  an application for writ of habeas corpus, *see Braden v. 30th Judicial Circuit Court*, 410 U.S.

24  484, 499-500 (1973), but witnesses and evidence necessary for the resolution of such an

25  application would be more readily available in the county of conviction.  *Id.* at 499 n.15; 28

26  U.S.C. § 2241(d).

1

1    Because it appears that petitioner has commenced this action for the purpose of pursuing

2  an application for writ of habeas corpus to challenge a conviction and sentence imposed by the

3  Superior Court of Los Angeles County, the court transfers this action to the United States

4  District Court for the Central District of California, Western Division.  28 U.S.C. §§ 84(c)(2);

5  1404(a).

6    Accordingly, it is ORDERED that this action is transferred to the United States District

7  Court for the Central District of California, Western Division.

8  Dated:  April 15, 2011.

9

    _____

    EDMUND F. BRENNAN

10  UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26